M. P. No. 75-4. IN RE GERARD OUIMETTE. This is a petition for habeas corpus the thrust of which seeks the release of petitioner on bail pending a review by way of certiorari of his 1972 conviction for conspiracy to commit murder. The record indicates that in July of 1972, a justice of the Superior Court set bail in the amount of $25,000 pending petitioner's appeal of his conviction to this court. The petitioner's statutory right to prosecute such an appeal was never taken. The writ of certiorari previously issued by this court affords a review of the conspiracy conviction by way of post-conviction relief. Accordingly, it is ordered that this petition for habeas corpus is denied and dismissed. The petitioner's writ of certiorari is assigned specially for hearing to the May 1975 calendar. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, *William G. Brody,* Special Asst. Attorney General, for respondent.

M. P. No. 75-53. IN RE EMIL CARSETTI. Motion for the appointment of counsel is granted, and the Public Defender is directed to represent the petitioner. *William F. Reilly,* Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-61. DONALD BRANDT *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is denied. The order entered on March 10, 1975, granting a stay of the Superior Court's decision is vacated as of March 17, 1975, at 4:30 p.m. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for petitioner. *Julius C. Michaelson,* Attorney General, *William G. Brody,* Special Asst. Attorney General, for respondent.